UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DANIELA ZAZUETA-LUCERO, Petitioner, v. MARKWAYNE MULLIN, *et al.*, Respondents. | Case No. 3:26-cv-00621-MMD-CLB<br>ORDER |

Petitioner Daniela Zazueta-Lucero, an immigration detainee challenging the lawfulness of her federal detention at Washoe County Detention Center, filed a counseled petition for habeas corpus relief under 28 U.S.C. § 2241 (ECF No. 1 (“Petition”)), paid the filing fee, and filed a motion for a temporary restraining order (ECF No. 2 (“Motion”)). Following a preliminary review of the Petition, the Court finds that it states a *prima facie* case for relief. The Court now directs service on the United States Attorney’s Office for the District of Nevada (“USAO”) and sets a briefing schedule on the Petition and Motion.

It is therefore ordered that the Clerk of Court will:

1. Add the USAO to the docket as an Interested Party. Pursuant to District of Nevada’s General Order 2026-03 (Feb. 13, 2026), this constitutes service on all federal respondents under Federal Rule of Civil Procedure 4 and 28 U.S.C. § 2243.
2. Mail a copy of the Petition (ECF No. 1), the Motion (ECF No. 2), and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to Darin Balaam, Sheriff, Washoe County Detention Center, 911 E. Parr Blvd., Reno, NV 89512.
3. Send courtesy copies of the Petition (ECF No. 1), the Motion (ECF No. 2), and this Order to Cobi Burnett (Balaam’s counsel) via CM/ECF at

CBurnett@da.washoecounty.gov.

It is further ordered that the USAO must file a notice of appearance within seven days of the date of this Order and file and serve their answer to the Petition and Motion within 14 days of the date of this Order, unless additional time is allowed for good cause shown. Respondents must file any documents referenced or relied upon in their responsive pleading with that pleading. Petitioner will have seven days to file a reply.

It is further ordered that the parties must meet and confer regarding any requests for an extension of deadlines and stipulate to the extension if possible. Any motion for extension must certify efforts taken to meet and confer and indicate the opposing party's position regarding the extension. Any motion or stipulation must comply with Federal Rule of Civil Procedure 6(b) and Local Rules IA 6-1, 6-2.

It is further ordered that Respondents must not transfer Petitioner out of this District.[1]

DATED THIS 14th day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

[1] *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1996) (noting the court may use its "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").