TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
james.sweetin@usdoj.gov
*Attorneys for the Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DANIELA ZAZUETA-LUCERO,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 3:26-cv-00621-MMD-CLB

**Order Granting Joint Stipulation to Extend Time for Federal Defendants' to File an Answer to the Petition and Motion according to the Court's Order (ECF No. 3)**

**FIRST REQUEST**

Federal Respondents and Petitioner by and through their respective undersigned counsel, hereby submit this Stipulation for an extension of time up to and including **September 4, 2026**, in which to file an Answer to the Petition and Motion according to the Court's Order (ECF No.3). Federal Respondents conferred with Petitioner's counsel regarding an extension, and Petitioner's counsel agreed. This is the first request for an extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to file their Answer to the Petition and Motion according to the Court's

//

//

//

Order (ECF No.3) from August 28, 2026, to **September 4, 2026**. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 28th day of August 2026.

Law Office of Karen Sarahi Monrreal-Salazar

*/s/ Karen Monrreal-Salazar*________
KAREN MONRREAL-SALAZAR
*Attorney for the Petitioner*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ James R. Sweetin*
JAMES R. SWEETIN
Assistant United States Attorney
*Attorney for Federal Respondents*

IT IS SO ORDERED

DATED this 28th day of August, 2026.



Miranda M. Du, U.S. District Judge